IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

B.T. MOORE, JR.,

    Petitioner,                       No. CIV S-06-0026 LKK DAD P

    vs.

CALIFORNIA DEP'T OF CORRECTIONS,

    Respondent.                  FINDINGS AND RECOMMENDATIONS

                          /

          This action was transferred to this court from the U.S. District Court for the Northern District of California.[1]  Petitioner is a state prisoner proceeding pro se.  Petitioner filed a petition for a writ of habeas corpus challenging the decision by medical staff at CMF Vacaville that he does not need a walking cane.  However, a petition for a writ of habeas corpus is appropriately filed by a prisoner challenging the fact or duration of his custody where a favorable determination of the action may result in plaintiff's entitlement to an earlier release.  See Preiser v. Rodriguez, 411 U.S. 475 (1973); Young v. Kenny, 907 F.2d 874 (9th Cir. 1990).  Here, on the other hand, petitioner is challenging the adequacy of the medical care he is receiving in prison

---

[1] No order has been issued concerning petitioner's application for leave to proceed in forma pauperis.

1

and does not seek to collaterally attack his underlying criminal conviction. The proper mechanism for raising a federal challenge to conditions of confinement, including claims of inadequate medical care, is through a civil rights action brought pursuant to 42 U.S.C. § 1983. Badea v. Cox, 931 F.2d 573, 574 (9th Cir. 1991).

The court is required to examine a petition for federal habeas corpus relief before requiring a response to it. See Rules 3 & 4, Rules Governing § 2254 Cases. "If it plainly appears from the face of the petition . . . that the petitioner is not entitled to relief in the district court, the judge shall make an order for its summary dismissal . . . ." Rule 4, Rules Governing § 2254 Cases. Rule 4 "'explicitly allows a district court to dismiss summarily the petition on the merits when no claim for relief is stated.'" O'Bremski v. Maass, 915 F.2d 418, 420 (9th Cir. 1990) (quoting Gutierrez v. Griggs, 695 F.2d 1195, 1198 (9th Cir. 1983)). Here, petitioner has filed a habeas petition, but seeks relief that may only be pursued in a civil rights action.

Accordingly, IT IS HEREBY RECOMMENDED that this action be summarily dismissed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: May 9, 2006.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
moore26.156